■ In the Matter of LUIS FRIERE et al., Appellants, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously affirmed (see *Matter of Gross v Henderson,* 79 AD2d 1086, mot for lv to app den 53 NY2d 605). (Appeal from judgment of Supreme Court, Wyoming

County, Flynn, Jr., J. — art 78.) Present — Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.